B6D (Official Form 6D) (12/07)

In re: Grossman, Adam R.
      Debtor

Case No. 10-19817
(if known)

AMENDED

# SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and donot disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife,Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Bugni Law Firm<br>11320 Roosevelt Way NE<br>Seattle, WA 98125 | | H | Deed of Trust on 20710 Glennview Drv., Cotton wood CA real property<br><br>VALUE $ 259,000 | | | | $300,000 | $41,000 |
| ACCT NO.<br><br>Citi Mortgage<br>5280 Corporate Drive MC0257<br>Frederick, MD 21703 | | C | Deed of Trust on 6821 - 39th Ave. NE, Seattle, WA 98115<br><br>VALUE $ 605,000 | | | | $605,000 | |
| ACCT NO.<br><br>California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0500 | | C | 2006 Tax lien for property on:<br>1679 Strause Lane, Redding, CA 96003<br><br>VALUE $ 202,500 | | | X | $9,500 | $0 |

Page 1     MacForms (509) 535-4382

In re: Grossman, Adam R.  
Case No. 10-19817  
(if known)

## AMENDED SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Ms. Kerith Lisa<br>P.O. Box 42691<br>Tuscon, AZ 85733 | | H | Deed of Trust on 1679 Strauss Lane, Redding CA real property<br><br>VALUE $ 182,258 | | | | $10,000 | |
| ACCT NO.<br><br>Jill & Bryan Reynolds<br>66 Echo Way Court<br>Towson, MD 21286 | | H | Deed of Trust on 1679 Strause Lane, Redding, CA 96003 real property<br><br>VALUE $ 166,000 | | | | $10,000 | |
| ACCT NO.<br><br>Beth Shalom Preschool<br>6800 - 35th Ave. NE<br>Seattle, WA 98115 | | H | Deed of Trust on 773 Metro Way, Redding CA real property<br><br>VALUE $ 166,000 | | | X | $16,000 | |
| ACCT NO.<br><br>Wells Fargo Equityline TM<br>PO Box 31557<br>Billings, MT 59107 | | C | Date: 6/2007<br><br>Secured line of credit on: 1679 Strause Lane, Redding, CA 96003<br><br>VALUE $ 202,500 | | | | $87,522 | $0 |
| ACCT NO.<br><br>Wells Fargo Equity Resources<br>3476 State View Blvd.<br>Fort Mill, SC 29715 | | H | Date: 01/2003<br><br>Mortgage on: 1679 Strause Lane, Redding, CA 96003<br><br>VALUE $ 202,500 | | | | $66,736 | $0 |
| ACCT NO.<br><br>Abraham Wyner<br>1309 Sussex Rd<br>Wynnewood, PA 19096 | | H | Deed of Trust on 773 Metro Way, Redding CA real property<br><br>VALUE $ 166,000 | | | | $10,000 | |

Page 2     MacForms (509) 535-4382

In re  Grossman, Adam R.          Case No. 10-19817
                                          (if known)

## AMENDED SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Peter Zieve<br>5766 - 27th Ave. NE<br>Seattle, WA 98105 | | H | Deed of Trust on 773 Metro Way, Redding CA real property<br><br>VALUE $ 166,000 | | | | $120,000 | |
| | | | Total (Use only on last page) ▶ | | | | $1,234,758 | $41,000 |
| | | | | | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6F (Official Form 6F) (12/07)
Debtor

In re  Grossman, Adam R.                                    Case No.  10-19817
                                                                      (if known)

**AMENDED** SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistica Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Bank of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | | C | Credit Card | | | | $36,297 |
| ACCT NO.<br><br>Bugni Law Firm<br>11320 Roosevelt Way NE<br>Seattle, WA  98125 | | H | legal services | | | | $10,000 |
| ACCT NO.<br><br>Chase Bank USA<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | H | Credit Card | | | | $5,264 |

Page   1         *MacForms  (509) 535-4382*

Debtor

In re Grossman, Adam R.      Case No. 10-19817
(if known)

## AMENDED SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br>Chase Bank USA<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | H | Credit Card | | | | $1,582 |
| ACCT NO.<br>Chase Bank USA<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | C | | | | | $26,807 |
| ACCT NO.<br>CitiBank Student Loan<br>PO Box 22876<br>Rochester, NY 14692 | | C | Student Loan | | | | $37,753 |
| ACCT NO.<br>CitiBank Student Loan<br>PO Box 22876<br>Rochester, NY 14692 | | C | Student Loan | | | | $34,751 |
| ACCT NO.<br>Discover Card<br>12 Reads Way<br>New Castle, DE 19720 | | C | | | | | $5,949 |

Page 2     *MacForms (509) 535-4382*

**B6F (Official Form 6F) (12/07)—Cont.**

Debtor

In re  Grossman, Adam R.   Case No. 10-19817
(if known)

AMENDED **SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Sallie Mae<br>1002 Arthur Dr.<br>Lynn Haven, FL 32444 | | C | Student loan | | | | $66,443 |
| ACCT NO.<br><br>City of Seattle Parking Enforcment<br>600 - 5th Ave.<br>Seattle, WA  98104 | | H | parking fees | | | | $2,000 |
| ACCT NO.<br><br>Beth Shalom Preschool<br>6800 - 35th Ave. NE<br>Seattle, WA  98115 | | H | Preschool services | | | X | $10,000 |
| | | | (Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | Total ▶ | $236,846 |