B6A (Official Form 6A) (12/07)

In re   Grossman, Adam R.                                                       Case No. 10-19817
                                                                                        (If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6821 - 39th Ave. NE<br>Seattle, WA 98115 | Fee simple. | C | $605,000 | $605,000 |
| 1679 Strause Lane<br>Redding, CA 96003 | Fee simple. | H | $202,500 | $173,758 |
| 773 Metro Way<br>Redding, CA 96003 | Fee simple. | H | $190,000 | $166,000 |
| 20710 Glennview Dr.<br>Cottonwood, CA | Fee simple. | H | $259,000 | $300,000 |

Total of This Page ▶ $1,256,500

Total of All Pages ▶ $1,256,500

Page  1  of  1

(Report also on Summary of Schedules.)

Grossman

MacForms  (509) 535-4382

B6B (Official Form 6B) (12/07)

In re  Grossman, Adam R.                                              Case No. 10-19817
    Debtor/Codebtor                                                             **(If known)**

# AMENDED   SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases**.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | H | $500 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase checking account at 7600 - 35th Ave. NE, Seattle, WA 98115 | C | $0 |
| | | Wells Fargo checking account 9501 - 35th Ave. NE Seattle, WA 98115 | C | $0 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furninshings | C | $3,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectables. | | Books and pictures. | C | $1,000 |
| 6. Wearing apparel. | | Clothing and shoes. | H | $1,000 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | S&W .38 revolver (no access by Debtor; stored by 3rd party) | H | $250 |
| | | Electronics, routers, switches, used computer drives & external drives (hobby equipmment) | | $900 |

*MacForms  (509) 535-4382*                                                                                              Grossman

**B6B (Official Form 6B) (12/07) - Cont.**

In re   Grossman, Adam R.                                                                                    Case No. 10-19817
                                                                                                                   **(If known)**

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest (s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 403B with Joint Retirement Board One Penn Plaza, Suite 1515 New York, NY 10119 | C | $210,000 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attachment for Debtor's interest in LLCs. | C | $0 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Terrington Davies Tanager Fund LP 4001 Kennett Pike Ste. 134 Greenville, DE 1987 (negative value due to estimated regulatory costs to close business) | C | $500 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

MacForms  (509) 535-4382                                                                                                  Grossman

| Description and Location of Property | Husband/Wife/Joint or Community Interest | Current Value |
|---|---|---|
| Terrington Davies, LLC<br>4001 Kennett Pike, Ste. 134<br>Greenville, DE 1987 | Community | ($15,000)<br>(negative value) |
| Ptarmigan Real Estate Fund, LLC<br>4001 Kennett Pike, Ste. 134<br>Greenville, DE 1987 | Community | $190,000 |
| Terrington Davies Capital Management, LLC<br>4001 Kennett Pike, Ste. 134<br>Greenville, DE 1987 | Community | $0 |
| Adam R. Grossman & Company, Co<br>6821 – 39th Ave. NE<br>Seattle, WA 98115 | Community | $0 |

**B6B (Official Form 6B) (12/07) - Cont.**

In re   Grossman, Adam R.                                                                                      Case No. 10-19817
                                                                                                                                     **(If known)**

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Trust holding property at 868 - Montcrest Drive, Redding CA 96003. Trust beneficiary is Ptarmigan Real Estate Fund, LLC (Ptarmigan LLC is owned by Debtor & wife) | C | $190,000 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chevrolet Malibu with 29,500 Miles value based on kbb.com ($7,325) (Vehicle in poor condition, damage estimated @ $3,400). | C | $3,925 |

*MacForms  (509) 535-4382*                                                                                                                   Grossman

**B6B (Official Form 6B) (12/07) - Cont.**

In re   Grossman, Adam R.                                                    Case No. __10-19817_____
                                                                                        **(If known)**

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office desk, office supplies, computer equipment, and telephones. | H | $2,500 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re  Grossman, Adam R.                                        Case No. __10-19817_____
                                                                                     **(If known)**

# AMENDED  SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | Total of Continuation Sheet | | |
| | | _____continuation sheets attached    Total ▶ (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.) | | $         413,575 |

*MacForms  (509) 535-4382*                                                                        Grossman

B6G (Official Form 6G) (12/07)

In re  Grossman, Adam R.                                    Case No.  10-19817
                                                                     (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE, WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Peter Zieve<br>5766 - 2nd Ave. NE<br>Seattle, WA 98105 | Residential lease agreement.<br>Debtor is lessee. |
| Michael Powers<br>1679 Strause Lane<br>Redding, CA 96003 | Residential lease tenant; Debtor is lessor. |
| Jessica Johnson & Michael Bullock<br>773 Metro Way<br>Redding, CA 96003 | Residential lease tenants; Debtor is lessor. |
|  |  |
|  |  |
|  |  |
|  |  |

_____ continuation sheets attached

*MacForms  (509) 535-4382*                                                                                               Grossman

B6J (Official Form 6J) (12/07)

In re Grossman, Adam R.    Case No. 10-19817
                                                              (if known)

**AMENDED**  Debtor/Codebtor

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $ 1,800.00 |
| | Are real estate taxes included?    Yes _____   No __X__ | |
| | Is property insurance included?    Yes __X__   No _____ | |
| 2. | Utilities:  a. Electricity and heating fuel | $ 125.00 |
| | b. Water and sewer | $ 85.00 |
| | c. Telephone | $ 50.00 |
| | d. Other  P.O. Box | $ 20.00 |
| 3. | Home maintenance (repairs and upkeep) | $ 80.00 |
| 4. | Food | $ 500.00 |
| 5. | Clothing | $ 100.00 |
| 6. | Laundry and dry cleaning | $ 40.00 |
| 7. | Medical and dental expenses | $ 100.00 |
| 8. | Transportation (not including car payments) | $ 275.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 20.00 |
| 10. | Charitable contributions | $ 0.00 |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a. Homeowner's or renter's | $ 0.00 |
| | b. Life | $ 0.00 |
| | c. Health | $ 0.00 |
| | d. Auto | $ 0.00 |
| | e. Other _____ | $ 0.00 |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) | |
| | (Specify) Annual corporate fees (Delaware) | $ 20.00 |
| 13. | Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| | a. Auto | $ 0.00 |
| | b. Other _____ | $ 0.00 |
| | c. Other _____ | $ 0.00 |
| 14. | Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. | Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 1,955.21 |
| 17. | Other  clothing fior kids ($150); visitation expenses (~$1,600) | $ 1,750.00 |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,920.21 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| | a. Average monthly income from Line 15 of Schedule I | $ 2,200.00 |
| | b. Average monthly expenses from, Line 18 above | $ 6,920.21 |
| | c. Monthly net income (a. minus b.) | $ <4,720.21> |

*MacForms (509) 535-4382*                                                    Grossman

**Grossman, Adam**                                                                                     **Case No. 10-19817**
Schedule J. Q 16 Attachment – Regular Expenses from Operation of Business

| | |
|---|---|
| 9. Car expenses | $31.04 |
| 11. Contract Labor (real estate planning advisors, hired assistants) | $124.14 |
| 13. Section 179 Expenses | $62.07 |
| 15. Insurance | $46.55 |
| 16. Interest | $310.35 |
| 17. Legal and Professional (CA real estate attorneys) | $310.35 |
| 18. Office Expese (temp office or equivalent while traveling) | $31.04 |
| 20. Rent Vehicles | $186.21 |
| 21. Repairs and Maintenance | $15.52 |
| 22. Supplies | $62.07 |
| 24a. Travel | $372.42 |
| 24b. Meals w/Clients, Workers, Potential Clients | $186.21 |
| 25. Utilities (phone) | $124.14 |
| 27. Other (Fax, Voicemail Virtual Office, PO Box, out-of-pocket postage, WSJ) | $93.11 |
| Total Average Monthly Business Expenses | $1,955.21 |