|     |     |
| --- | --- |
| 1   | Honorable Samuel J. Steiner |
| 2   | Chapter 11 |
| 3   | Hearing Date:     *Ex Parte* |
| 4   | Hearing Time:     n/a |
| 5   | Hearing Place:    n/a |
| 6   | Response Date:    n/a |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | No. 10-19817-SJS |
| ADAM R. GROSSMAN, | *EX PARTE* ORDER CONFIRMING THAT NO STAY IS IN EFFECT PURSUANT TO 362(c)(4) |
| Debtor. | |

THIS MATTER came before this Court on the *ex parte* motion of Jill Borodin for an order confirming that no stay is in effect pursuant to 11. U.S.C. 362(c)(4). The Court having reviewed the pleadings and finding that good cause has been shown, it is hereby

*EX PARTE* ORDER CONFIRMING THAT NO STAY IS IN EFFECT
PURSUANT TO 362(c)(4) - 1

CROCKER LAW GROUP, PLLC

720 Olive Way, Suite 1000, Seattle, WA 98101
P) 206-624-9894  F) 206-624-8598

www.crockerlaw.com

ORDERED that:

The automatic stay under 11 U.S.C. §362(a) is not in effect.

DATED this _____ day of November, 2010.

*[signature]*
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Presented by:

CROCKER LAW GROUP PLLC

By _____ */s/Tereza Simonyan* _____
      Shelly Crocker, WSBA #21232
      Tereza Simonyan, WSBA #41741
Attorneys for Jill Borodin

*EX PARTE* ORDER CONFIRMING THAT NO STAY IS IN EFFECT
PURSUANT TO 362(c)(4) - 2