SAMUEL J. STEINER
Bankruptcy Judge
700 Stewart Street
Seattle, WA 98101

(206) 370-5300

IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR
THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re ) No. 10-19817
) Chapter 11
ADAM R. GROSSMAN, )
) ORDER ON MOTION FOR APPOINTMENT
Debtor. ) OF A CHAPTER 11 TRUSTEE

This matter having come on regularly for hearing before the undersigned Bankruptcy Judge of the above entitled Court on November 12, 2010, on the Motion of Jill Borodin for the Appointment of a Chapter 11 Trustee; the moving party being represented by Shelly Crocker and Tereza Simonyan, and the debtor appearing through his attorney, Matthew D. O'Conner; and the Court having considered the briefs and having heard oral argument; therefore, it is

ORDERED as follows:

1. The motion for the appointment of a trustee is continued to December 3, 2010, at 9:30 o'clock A. M.

2. At least forty-eight hours prior to the continued hearing, the debtor will serve and file the following:

    a. Responses to all of the fifteen requests for information made by the office of the U.S. Trustee.

    b. A statement as to what happened to the $718,186 transferred out of various accounts between September 11, 2009, and

October 1, 2010; the statement to include the dates of all transfers, the name and address of each transferee, the amount so transferred to each, and the reason for each such transfer.

        c. All documents pertaining to or relating to the property in Redding, California.

        d. The names and addresses of any and all partners and/or members of the debtor's various business enterprises and the Tax ID Numbers of each.

        e. A list of all bank accounts maintained by the debtor within the past two years, the status of each such account on the day this bankruptcy was filed (amount on deposit), and the amounts of any and all funds withdrawn or transferred from these accounts post filing, the dates of the withdrawals and/or transfers, and the names and addresses of the recipients of the withdrawals or transfers.

        f. The Form 26 for each of the debtor's business enterprises.

//END OF ORDER//

*[signature]*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

ORDER ON MOTION FOR APPOINTMENT
OF A CHAPTER 11 TRUSTEE - 2