**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

IN RE;

| | |
|---|---|
| ALL OPEN CASES )<br>)<br>)<br>)<br>_____ ) | **NOTICE OF ADDRESS CHANGE**<br>(Clerk's Action Required) |

TO: The Clerk of the Court; and

TO: All interested parties;

NOTICE IS HEREBY GIVEN that effective <u>JANUARY 1, 2012</u>, the address and telephone number of the undersigned attorney of record for all open bankruptcy cases:

> BRADLEY B. JONES
> BRADLEY BOSWELL JONES, P.S.
> Attorney At Law
> 13401 VASHON HWY SW
> PO BOX 726
> VASHON, WA 98070
> Tel. (206) 935-1501
> Fax. (206) 935-1505

The clerk and all interested parties should correct their records to reflect this change for all correspondence and communication of whatever nature after that date.

DATED: April 12, 2013

BRADLEY BOSWELL JONES, P.S.

/s/ Bradley B. Jones
BRADLEY B. JONES WSBA# 10732
Attorney for Creditor

**BRADLEY BOSWELL JONES, P.S.**
ATTORNEY AT LAW
13401 VASHON HWY SW
PO BOX 726
VASHON, WASHINGTON 98070
(206)935-1501