Judge Marc L. Barreca

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO. 10-19817 |
| ADAM GROSSMAN, | ) |
| | ) DECLARATION RE SERVICE OF PLEADINGS |
| | ) FOR AMENDED ORDER AUTHORIZING |
| Debtor. | ) EMPLOYMENT OF ROB MIDDLETON AND |
| | ) HOUSE OF REALTY, INC. |

The undersigned hereby declares under penalty of perjury under the laws of the United States that the following is true and correct to the best of his knowledge:

1. I e-mailed to the U.S. Trustee at "USTPRegion18.SE.ECF@usdoj.gov true and correct copies of the Trustee's Ex Parte Motion for Amended Order Authorizing Employment of Rob Middleton and the House of Realty, Inc. as Real Estate Agents for the Trustee and proposed Ex Parte Order Amending Order Authorizing Employment of Rob Middleton and House of Realty Inc. as Real Estate Agents for the Trustee (substantially similar to the proposed order filed with the Court).

2. The U.S. Trustee's office by return e-mail on May 15, 2013 advised the undersigned that it has reviewed the above identified pleadings and has no objection thereto.

DATED this  15th  day of May, 2013

KRIEGMAN LAW OFFICE, PLLC

/s/ Bruce P. Kriegman
_____
Bruce P. Kriegman, WSBA #14228
Attorney for Trustee

DECLARATION - 1