Judge Marc L. Barreca

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO. 10-19817 |
| ADAM GROSSMAN, | ) |
| | ) EX PARTE ORDER AMENDING ORDER |
| | ) AUTHORIZING EMPLOYMENT OF ROB |
| | ) MIDDLETON AND HOUSE OF REALTY INC. |
| | ) AS REAL ESTATE AGENTS FOR THE TRUSTEE |
| Debtor. | ) |
| | ) |

THIS MATTER came before the Court upon the Trustee's Ex Parte Motion for Amended Order Authorizing Employment of Rob Middleton and the House of Realty, Inc. as Real Estate Agents for the Trustee (hereinafter, the "Motion"). The Court considered the Motion, the Ex Parte Order Authorizing Employment of Rob Middleton and the House of Realty, Inc. as Real Estate Agents for the Trustee entered on May 16, 2011 (Docket No. 163, which is hereinafter called, the "May 16th Order"), the Trustee's proof of service showing that the Motion and a proposed order substantially similar to the present order were served upon the US Trustee and that the US Trustee had no objection to the Motion,

EX PARTE ORDER - 1

KRIEGMAN LAW OFFICE, PLLC
600 University Street, Suite 2100
Seattle, WA 98101
(206) 903-0343

and the records and pleadings in the above entitled case. The Court finds that this is a matter that can be determined without notice or hearing on an ex parte basis, that the Motion should be granted and the May 16th Order should be amended to include the property located at 868 Montcrest Drive, Redding, California (the "Montcrest property") among the real property for which the Trustee may employ Rob Middleton and his firm, House of Realty Inc. (hereinafter collectively "Middleton"), as his real estate agents to assist him with the sale of real property and that the Motion should be granted in all respects.

NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The May 16th Order is hereby amended to allow Middleton to be employed by the Trustee to sell the Montcrest property. Such employment shall be on the terms and conditions set forth in the Trustee ex parte motion for employment of Middleton granted pursuant to the May 16th Order with all compensation subject to Court order upon notice to creditors and hearing.

/// END OF ORDER \\\

Presented by:

KRIEGMAN LAW OFFICE, PLLC

/s/ Bruce P. Kriegman
_____
Bruce P. Kriegman, WSBA #14228
Attorney for Trustee

EX PARTE ORDER - 2