Judge Marc L. Barreca
Hearing Location: Room 7106
700 Stewart St., Seattle, WA 98101
Hearing date: August 30, 2013
Hearing time: 9:30 a.m.
**Response due**: August 23, 2013

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO. 10-19817 |
| ADAM R. GROSSMAN, | ) |
| | ) TRUSTEE'S OBJECTION TO CLAIM NO. 2-1 |
| | ) OF WELLS FARGO BANK, N.A., MOTION, |
| Debtor. | ) NOTICE OF HEARING AND PROOF OF |
| | ) SERVICE |

TO: WELLS FARGO BANK, N.A.

**NOTICE**

PLEASE TAKE NOTICE that a hearing on the below objection and motion shall occur on **Friday, August 30, 2013 at 9:30 a.m. before Judge Marc L. Barreca, at the U.S. Bankruptcy Court, in Room 7106, U.S. Courthouse, 700 Stewart Avenue, Seattle, Washington 98101.** The Clerk is requested to note the motion on the docket for that date and time.

YOU ARE FURTHER NOTIFIED that, in accordance with local rules, any responses or objections to the below objection and motion must be made in writing and filed with the US Bankruptcy Court, Room 6301, US Courthouse, 700 Stewart Street, Seattle, Washington 98101; and a copy of any such response or objection must be served upon Judge Barreca via the Court's electronic case filing ("ECF") system or via the Office of the Clerk of the Court and upon the undersigned **no later than the "Responses due" date shown in the upper right hand corner of this pleading**. If responses or objections are not timely filed, the Court may strike the hearing and grant the relief requested in the objection and motion on an ex parte basis.

## OBJECTION

COMES NOW Ronald G. Brown, the trustee in the above entitled case, through his undersigned attorney, and objects to the allowance of Claim No. 2-1 of Wells Fargo Bank, N.A. ("Claimant")[1] in the amount of $87,255.10 as a secured claim or any other claim. The Trustee objects to this claim on the following grounds:

> The Claimant held a second position deed of trust on real property located at 1679 Strauss Lane, Redding, California (the, "Property"). The Trustee did not liquidate the Property. The Property has been foreclosed. Claimant's claim is not an obligation of the bankruptcy estate.

THEREFORE, the Claim No. 2-1 of Wells Fargo Bank, N.A. should be disallowed.

## MOTION

The Trustee hereby moves this Court for an order sustaining the foregoing objection for the reason(s) that are set forth above, and on the following basis: (a) under Federal Bankruptcy Rule of Procedure 3007, an objection to a proof of claim may be sustained at a hearing held on 30 days notice; (b) the allowance or disallowance of a proof of claim is a core matter under 28 U.S.C. §157(b)(2)(B). Therefore, the Trustee requests that Claim No. 2-1 be disallowed.

DATED this __12th__ day of July, 2013

KRIEGMAN LAW OFFICE, PLLC


/s/ Bruce P. Kriegman
Bruce P. Kriegman, WSBA #14228
Attorney for Trustee

## PROOF OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States that on the date indicated below, I served a copy of the foregoing document in the manner specified to Claimant as follows:

---

[1] The Clerk of the Court has assigned a number to each proof of claim filed with the Court and prepared a register of claims which can be inspected at the Court or via the internet through the Court's electronic case filing system (ECF).

TRUSTEE'S OBJECTION TO CLAIM - 2

| | |
|---|---|
| Wells Fargo Bank, NA<br>Home Equity Group<br>X2303-01A-1 Home Campus<br>Des Moines, IA 50328-0001<br><br>[via first class U.S. mail, postage prepaid] | Wells Fargo Bank, N.A.<br>Attn: John Stumpf,<br>Chairman, CEO and President<br>420 Montgomery Street<br>San Francisco, CA 94104<br><br>[via first class U.S. mail, *certified mail/return receipt requested*, postage prepaid] |
| Bradley Boswell Jones, Esq.<br>Counsel for Wells Fargo Bank, N.A.<br>(bbjlaw301@hotmail.com) and<br>Jennifer L. Aspaas, Esq.<br>Counsel for Wells Fargo Bank, N.A.<br>(ecf@rcolegal.com)<br><br>[via ECF to their, respective, ECF registered e-mail addresses] | Adam R. Grossman<br>5766 - 27th Ave. NE<br>Seattle, WA 98105<br><br>[via first class U.S. mail, postage prepaid] |
| Jill Borodin<br>c/o Shelly Crocker, Esq.<br>(scroker@crockerlaw.com) and Steven J. Reilly, Esq. (sreilly@crockerlaw.com)<br>and Todd Tracey, Esq.<br>(ttracey@crockerlaw.com)<br>Attorneys for Ms. Borodin; and<br>All Other Parties Registered on ECF for the case<br><br>[via ECF to their, respective, ECF registered e-mail addresses] | |

DATED this ___12th___ day of July, 2013

/s/ Susan L. Blan
Susan L. Blan, Paralegal

---

TRUSTEE'S OBJECTION TO CLAIM - 3

KRIEGMAN LAW OFFICE, PLLC
600 University Street, Suite 2100
Seattle, WA 98101
(206) 903-0344