Judge Marc L. Barreca
Hearing Location: Room 7106
700 Stewart St., Seattle, WA 98101
Hearing date: August 30, 2013
Hearing time: 9:30 a.m.
**Response due**: August 23, 2013

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. 10-19817 |
| ADAM R. GROSSMAN, ) | |
| ) | TRUSTEE'S OBJECTION TO CLAIM NO. 17-1 |
| ) | OF JILL BORODIN, MOTION, NOTICE OF |
| Debtor. ) | HEARING AND PROOF OF SERVICE |
| ) | |

TO: JILL BORODIN

**NOTICE**

PLEASE TAKE NOTICE that a hearing on the below objection and motion shall occur on **Friday, August 30, 2013 at 9:30 a.m. before Judge Marc L. Barreca, at the U.S. Bankruptcy Court, in Room 7106, U.S. Courthouse, 700 Stewart Avenue, Seattle, Washington 98101.** The Clerk is requested to note the motion on the docket for that date and time.

YOU ARE FURTHER NOTIFIED that, in accordance with local rules, any responses or objections to the below objection and motion must be made in writing and filed with the US Bankruptcy Court, Room 6301, US Courthouse, 700 Stewart Street, Seattle, Washington 98101; and a copy of any such response or objection must be served upon Judge Barreca via the Court's electronic case filing ("ECF") system or via the Office of the Clerk of the Court and upon the undersigned **no later than the "Responses due" date shown in the upper right hand corner of this pleading**. If responses or objections are not timely filed, the Court may strike the hearing and grant the relief requested in the objection and motion on an ex parte basis.

TRUSTEE'S OBJECTION TO CLAIM - 1

KRIEGMAN LAW OFFICE, PLLC
600 University Street, Suite 2100
Seattle, WA 98101
(206) 903-0344

**OBJECTION**

COMES NOW Ronald G. Brown, the trustee in the above entitled case, through his undersigned attorney, and objects to the allowance of Claim No. 17-1 of Jill Borodin ("Claimant")[1] in the amount of $52,340.02 as a domestic support obligation under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B) or any other claim. The Trustee objects to this claim on the following grounds:

> Sections 507(a)(1)(A) or (a)(1)(B) afford priority unsecured status to spousal or child support obligations that existed as of the date of bankruptcy filing. Claimant's claim, on information and belief, is for sanctions and/or property division which the King Superior Court awarded to Claimant post-bankruptcy in the dissolution action between her and the Debtor. Thus the claim does not qualify for priority classification under the above referenced Bankruptcy Code Sections. Furthermore, since the claim is a result of a post-bankruptcy award, it is not an allowable claim against the bankruptcy estate or a liability payable by the bankruptcy estate.

THEREFORE, Claim No. 17-1 of Jill Borodin should be disallowed.

**MOTION**

The Trustee hereby moves this Court for an order sustaining the foregoing objection for the reason(s) that are set forth above, and on the following basis: (a) under Federal Bankruptcy Rule of Procedure 3007, an objection to a proof of claim may be sustained at a hearing held on 30 days notice; (b) the allowance or disallowance of a proof of claim is a core matter under 28 U.S.C. §157(b)(2)(B). Therefore, the Trustee requests that Claim No. 17-1 be disallowed.

DATED this __12th__ day of July, 2013

KRIEGMAN LAW OFFICE, PLLC

/s/ Bruce P. Kriegman
Bruce P. Kriegman, WSBA #14228
Attorney for Trustee

---

[1] The Clerk of the Court has assigned a number to each proof of claim filed with the Court and prepared a register of claims which can be inspected at the Court or via the internet through the Court's electronic case filing system (ECF).

TRUSTEE'S OBJECTION TO CLAIM - 2

# PROOF OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States that on the date indicated below, I served a copy of the foregoing document in the manner specified to Claimant as follows:

| | |
|---|---|
| Jill Borodin<br>c/o Shelly Crocker, Esq.<br>(scroker@crockerlaw.com) and Steven J. Reilly, Esq. (sreilly@crockerlaw.com) and Todd Tracey, Esq.<br>(ttracey@crockerlaw.com)<br>Attorneys for Ms. Borodin; and<br>All Other Parties Registered on ECF for the case<br><br>[via ECF to their, respective, ECF registered e-mail addresses] | Adam R. Grossman<br>5766 - 27th Ave. NE<br>Seattle, WA 98105<br>[via first class U.S. mail, postage prepaid] |

DATED this ___12th___ day of July, 2013

/s/ Susan L. Blan
Susan L. Blan, Paralegal