**JEFFREY R. BERNSTEIN**
ATTORNEY AT LAW
1916 2ND AVENUE N
SEATTLE, WA 98109
(206) 795-8327
jrb@post.harvard.edu

August 14, 2013

**FILED**
Western District of Washington
at Seattle

**AUG 19 2013**

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Office of the Clerk
Chambers of Judge Marc L. Barreca
U.S. Bankruptcy Court
700 Stewart Street
Seattle, WA 98101

re: Case No. 10-19817

Dear Sir/Madam:

Please include my name on the Master Mailing Matrix for case number 10-19817, In Re Adam Grossman. My address is above.

Please acknowledge receipt of this request by stamping the copy of this letter enclosed and returning it to me in the enclosed stamped self-addressed envelope.

Thank you.

Very truly yours,

Jeffrey R. Bernstein

Enclosures