|  | Judge Marc L. Barreca |
|---|---|
|  | Hearing Location: Room 7106 |
|  | 700 Stewart St., Seattle, WA 98101 |
|  | Hearing date: August 30, 2013 |
|  | Hearing time: 9:30 a.m. |
|  | **Response due**: August 23, 2013 |

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE: | ) CHAPTER 7 |
|---|---|
|  | ) CASE NO. 10-19817 |
| ADAM GROSSMAN, | ) |
|  | ) DECLARATION OF TRUSTEE'S ATTOR- |
|  | ) NEY OF NO OBJECTION TO APPLICATION |
|  | ) OF STEPHEN M. DEAN FOR INTERIM |
| Debtor. | ) COMPENSATION AND REIMBURSEMENT |
|  | ) |

I, Bruce P. Kriegman, attorney for the trustee, Ronald G. Brown, in the above entitled case, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge:

1. The Application of Stephen M. Dean, Special Counsel for Trustee, for Interim Compensation and Reimbursement (the "Application") was properly served upon the parties listed on the master mailing matrix. A proof of service verifying same is on file with the Court.

2. The time for filing objections or responses to the Application pursuant to applicable bankruptcy law and rules has elapsed.

3. No person or entity, to the undersigned's knowledge, has filed a response or objection to

DECLARATION - 1

KRIEGMAN LAW OFFICE, PLLC
600 University Street, Suite 2100
Seattle, WA 98101
(206) 903-0344

the Application.

DATED this 26th day of August, 2013

KRIEGMAN LAW OFFICE, PLLC


 /s/ Bruce P. Kriegman
Bruce P. Kriegman, WSBA #14228
Attorney for Trustee

DECLARATION - 2