| | |
|---|---|
| | Judge Marc L. Barreca |
| | Hearing Location: Room 7106 |
| | 700 Stewart St., Seattle, WA 98101 |
| | Hearing date: August 30, 2013 |
| | Hearing time: 9:30 a.m. |
| | **Response due**: August 23, 2013 |

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO. 10-19817 |
| ADAM GROSSMAN, | ) |
| | ) DECLARATION OF TRUSTEE'S ATTOR- |
| | ) NEY OF NO OBJECTION TO TRUSTEE'S |
| | ) OBJECTIONS TO CLAIMS AND TRUSTEE'S |
| | ) MOTION FOR ALLOWANCE/ DISALLOW- |
| | ) ANCE OF CLAIMS AND GRANTING RE- |
| | ) LATED RELIEF <u>AND</u> OF NO DISPOSITION |
| | ) OF TWO OBJECTIONS TO CLAIMS |
| Debtor. | ) |
| | ) |

I, Bruce P. Kriegman, attorney for the trustee, Ronald G. Brown, in the above entitled case, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge:

1. The following objections/motion regarding claims were properly served upon the parties indicated: Claim Nos. 2-1 and 8-1 of Wells Fargo Bank, N.A., Claim No. 14-1 of Peter Zieve, Claim No. 16-1 of Lyman C. Opie, Claim No. 17-1 of Jill Borodin, and Claim No. 34-1 of Abraham Wyner (hereinafter collectively, the "Trustee's Objections"). A proof of service verifying same is contained the respective objections/motions.

2. The Trustee's Motion for Order Allowing and Disallowing Claims and Granting Related

DECLARATION - 1

KRIEGMAN LAW OFFICE, PLLC
600 University Street, Suite 2100
Seattle, WA 98101
(206) 903-0344

Relief; and Notice of Hearing (hereinafter, the "Motion") was properly served upon the parties listed on the master mailing matrix.  A proof of service verifying same is on file with the Court.

3. The time for filing objections or responses to the Trustee's Objections and/or the Motion pursuant to applicable bankruptcy law and rules has elapsed.

4. No person or entity, to the undersigned's knowledge, has filed a response or objection to the Trustee's Objections or the Motion.  The attorneys who represent, respectively, Lyman C. Opie and Jill Borodin, however, contacted your declarant in regard to the Trustee's objections/motion relating to Claim No. 16-1 of Lyman C. Opie and Claim No. 17-1 of Jill Borodin.   Both counsel for the affected creditors advised declarant of various objections to the Trustee's objections/motions relating to their clients' above referenced claims.  The parties agreed, pending further discussions between them, to continuance of the hearing on the Trustee's objections/motions pertaining to Claim Nos. 16-1 and 17-1 to September 13, 2013 and that those claims would be addressed by separate order (and thus excluded from any order entered on the Motion).

5. The Trustee's proposed order on the Trustee's Objections and the Motion filed herewith, therefore, has been revised to memorialize the information contained herein and, in specific, that any relief related to Claim Nos. 16-1 and 17-1 will be the subject of a separate order.

DATED this  26th  day of August, 2013

KRIEGMAN LAW OFFICE, PLLC


 /s/ Bruce P. Kriegman
Bruce P. Kriegman, WSBA #14228
Attorney for Trustee

DECLARATION - 2