**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Judge Marc L. Barreca

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO. 10-19817 |
| ADAM GROSSMAN, | ) |
| | ) ORDER APPROVING INTERIM |
| | ) COMPENSATION AND REIMBURSE- |
| | ) MENT FOR STEPHEN M. DEAN, |
| Debtor. | ) SPECIAL COUNSEL FOR TRUSTEE |
| | ) |

THIS MATTER CAME before the Court upon the Notice of Hearing and Application of Stephen M. Dean, Special Counsel for Trustee, for Interim Compensation and Reimbursement (the "Application"). The Court considered the Application, the declaration of the Trustee's attorney of no objection to the Application, and the pleadings and records in the above-entitled case. The Court finds that notice of the Application was properly given, that no objections or responses to the Application were filed, that the amount of compensation and reimbursement requested in the Application is

ORDER - 1

KRIEGMAN LAW OFFICE, PLLC
600 University Street, Suite 2100
Seattle, WA 98101
(206) 903-0344

reasonable, actual and necessary costs of administration which should be allowed, approved, and paid, and that the Application should be approved.  NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

1. The Application is approved.

2. Interim compensation and reimbursement for services rendered and costs incurred are allowed as costs of administration to Stephen M. Dean, special counsel, as follows: $2,258.50 for fees and $679.80 for costs for a total of $2,938.30. Special Counsel is authorized forthwith to apply the $1,000 retainer he holds to the above allowed fees and costs.

3. The Trustee is authorized to pay the balance of Special Counsel's allowed fees and costs forthwith from funds of the bankruptcy estate.

///END OF ORDER///

Presented by:

KRIEGMAN LAW OFFICE, PLLC

/s/ Bruce P. Kriegman
_____
Bruce P. Kriegman, WSBA #14228
Attorneys for Trustee