FILED
RECEIVED
13 AUG 27 PM 4:06
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____DEP. CLK.

Judge: Judge Marc L. Barreca

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| IN RE | CASE NO. 10-19817-MLB |
|---|---|
| ADAM R. GROSSMAN | PROOF OF SERVICE |

I hereby declare under penalty of perjury under the laws of the United States that on the date indicated below, I served a copy of the following documents (first page(s) attached) in the case no. 10-19817-MLB via first class U.S. mail, postage prepaid, to the following recipients:

U.S. Trustee
700 Stewart St Ste 5103
Seattle WA 98101

Ronald G. Brown, Trustee
c/o Kriegman Law Office
600 University St Ste 2100
Seattle WA 98101

*Lee Kus* 08-27-13

Lee Kus
327 Belmont Ave E #15
Seattle WA 98102

PROOF OF SERVICE

FILED
2013 AUG 27 PM 4:25
M. L. HATCHER
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY _____ DEP CLK

Stephen J. LeBlanc
1551 Madison St.
Oakland CA
(510)388-7089
sjlebl@gmail.com

Judge: Judge Marc L. Barreca
Hearing Location: Room 7106
700 Stewart St
Seattle WA 98101
Hearing Date: August 30, 2013
Hearing Time: 9:30 a.m.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | CHAPTER 7 |
|---|---|
| ADAM R. GROSSMAN | CASE NO. 10-19817 |
| | **CREDITOR'S OBJECTION TO TRUSTEE'S MOTION FOR AN ORDER CONFIRMING THAT REAL PROPERTY IS PROPERTY OF THE ESTATE** |

## I. INTRODUCTION

1. My name is Stephen J. LeBlanc and I write the court to object to the Trustee's motion for an order confirming that the subject real property is property of the estate.

2. I am a creditor of the estate. I object to any pending action or prior action removing me as a creditor. I also was formerly an investor with the Tanager Fund, which may be impacted by these proceedings.

*[signature: Stephen J. LeBlanc]*

CREDITOR'S OBJECTION TO TRUSTEE'S
MOTION FOR AN ORDER CONFIRMING THAT
REAL PROPERTY IS PROPERTY OF THE ESTATE
1 OF 7

Stephen J. LeBlanc
1551 Madison St.
Oakland CA
(510)388-7089

RECEIVED
13 AUG 27 PM 4:25
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____DEP CLK

Peter Zieve
10517 62nd Pl W
Mukilteo, WA 98275
(425) 348-8090

Judge: Judge Marc L. Barreca
Hearing Location: 700 Stewart St #7106
Seattle WA 98101
Hearing Date: August 30, 2013
Hearing Time: 9:30 a.m.

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE<br><br>ADAM R. GROSSMAN | CHAPTER 7<br><br>CASE NO. 10-19817-MLB<br><br>CREDITOR'S OBJECTION TO TRUSTEE'S MOTION FOR AN ORDER CONFIRMING THAT REAL PROPERTY IS PROPERTY OF THE ESTATE |

My name is Peter Zieve. I am over the age of 18, am competent to make this declaration, and, if called to testify, could do so competently.

I am writing to the court to object to the Trustee's motion for an order confirming that the subject real property is property of the estate. As I recall, the property is held in trust, FBO the Ptarmigan Real Estate Fund, by Terrington Davies Capital Management.

CREDITOR'S OBJECTION TO
TRUSTEE'S MOTION FOR AN ORDER
CONFIRMING THAT REAL PROPERTY
IS PROPERTY OF THE ESTATE
PAGE 1 OF 3

PETER ZIEVE
62ND PL W
MUKILTEO, WA 98275
(425) 348-8090

Adam R. Grossman
5766 27th Ave NE
Seattle WA 98105
(646) 342-1994
BK@AdamReedGrossman.com

FILED
Rec'd
2013 AUG 27 PM 4:25
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK

Judge: Judge Marc L. Barreca
Hearing Location: 700 Stewart St #7106
Seattle WA 98101
Hearing Date: August 30, 2013
Hearing Time: 9:30am

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE<br><br>ADAM R. GROSSMAN | CHAPTER 7<br><br>CASE NO. 10-19817-MLB<br><br>DEBTOR'S STATEMENT CONDITIONALLY IN SUPPORT OF TRUSTEE'S OBJECTION TO CLAIMS NO. 14-1 AND 16-1 |

## I. Introduction

1. COMES NOW Debtor Adam R. Grossman conditionally in support of Trustee's Objections to Claim No. 14-1 and 16-1. An accurate accounting and characterization

DEBTOR'S STATEMENT CONDITIONALLY IN SUPPORT OF
TRUSTEE'S OBJECTION TO CLAIMS NO. 14-1 AND 16-1
PAGE 1 OF 8

ADAM R. GROSSMAN
5766 27TH AVE NE
SEATTLE WA 98105
(646) 342-1994



FILED
2013 AUG 27 PM 4:25
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK.

1  Abraham J. Wyner

Judge: Judge Marc L. Barreca
Hearing Location: Room 7106
700 Stewart St
Seattle WA 98101
Hearing Date: August 30, 2013
Hearing Time: 9:30 a.m.

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| IN RE | CHAPTER 7 |
|---|---|
| ADAM R. GROSSMAN | CASE NO. 10-19817-MLB |
| | OBJECTION TO TRUSTEE'S MOTION TO INVALIDATE AJW CLAIM AND COUNTER CLAIM TO CAP BANKRUPTCY EXPENSES |

1. My name is Abraham Wyner. I am a professor of statistics at the Wharton School of Business. I have known the debtor, Adam Grossman for many years.

2. In May of 2010, I loaned Mr. Grossman $10,000. The loan terms were set forth in a contract signed electronically.

3. The trustee has moved to invalidate my claim citing, "there is no authentication of the promissory note upon which the claim is based either in terms of when the note was

OBJECTION TO TRUSTEE'S MOTION
TO INVALIDATE AJW CLAIM AND COUNTER
CLAIM TO CAP BANKRUPTCY EXPENSE

Abraham Wyner
1309 Sussex Rd
Wynnewood PA, 19096