FILED

2013 AUG 27 PM 4: 25

M. L. HATCHER, CLERK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE

BY_____DEP. CLERK

| | | |
|---|---|---|
| 1 | Adam R. Grossman | Judge: Judge Marc L. Barreca |
| | 5766 27th Ave NE | Hearing Location: 700 Stewart St #7106 |
| 2 | Seattle WA 98105 | Seattle WA 98101 |
| | (646) 342-1994 | Hearing Date: August 30, 2013 |
| 3 | BK@AdamReedGrossman.com | Hearing Time: 9:30am |

4

5

6

## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 7 | IN RE | CHAPTER 7 |
| 8 | ADAM R. GROSSMAN | CASE NO. 10-19817-MLB |
| 9 | | RE: NEW DROP BOX HOURS |

10

11      As a pro se debtor, my pleadings must be filed on paper, not ECF, and I file them at

12 the Clerk's Office during business hours and through the drop-box after hours. I have

13 understood that deadlines are 11:59pm each day. The Jackson Federal Building drop box

14 was previously available after hours as shown on this snapshot taken May 24, 2013, on the

15 Internet Archive:

> THE UNITED STATES BANKRUPTCY COURT WILL BE CLOSED on
> **Monday, May 27**
> in observance of Memorial Day
>
> There is an after hours drop-off box outside the main entrance (7th and Stewart) of the building.

16

17      I am generally willing to deliver filings to the Clerk upon request for out-of-town

18 parties and was informed I should expect one late Friday afternoon. When I arrived Friday,

19 August 23, 2013, after hours to drop off several pleadings, I learned the drop box now

20 closes at 5:00pm. On the morning of the next business day, I filed the pleadings with the

21 Clerk, reprinted Proof of Service forms, and contacted the Trustee's counsel as a courtesy

22 offering expedited delivery,

23      I request that the pleadings filed Monday morning be accepted and will not request

24 another waiver as long as the hours of availability do not change.

25      s/Adam R. Grossman/

26