**Below is the Order of the Court.**

Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

Adam Grossman,

Debtor.

Bankruptcy Case No. 10-19817-MLB

ORDER **VACATING** ORDER ALLOWING/ DISALLOWING CLAIMS AND GRANTING RELATED RELIEF (DKT. 528) AND CONTINUING CLAIM OBJECTIONS (DKT. NOS. 507 AND 510)

This matter came before the Court *sua sponte*. The Court found that Abraham Wyner filed a response (Dkt. No. 526) to the Trustee's Objection to Claim Number 34 of Abraham Wyner (the "Wyner Claim Objection," Dkt. No. 510) and that Adam Grossman filed a response (Dkt. No. 523) to the Trustee's Objection to Claim Number 14 of Peter Zieve (the "Zieve Claim Objection," Dkt. No. 507), both of which were received prior to the Court's entry of the Order Allowing/ Disallowing Claims and Granting Related Relief (the "Claims Order," Dkt. No. 528). Good cause exists to vacate the Claims Order.

NOW, THEREFORE, it is hereby ORDERED that:

1. The Claims Order at Docket No. 528 is VACATED.

2. The Wyner Claim Objection and Zieve Claim Objection are continued to September 13, 2013 at 9:30 a.m.

3. The Trustee may re-submit the Claims Order, appropriately providing for the continuances of the Wyner Claim Objection and Zieve Claim Objection.

/// END OF ORDER ///

Page 1 of 1